

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Jeffrey Allen Lindsay, | § | No. 08-18-00212-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| The Estate of Roy Orey Lindsay, Sr., Roy A. Lindsay, Rainey L. Lindsay, Susan Lindsay Thomas, Joni K. Lindsay, Roy A. ("Sonny") Lindsay, and Hanging H. Ranch, Inc., | § | of Reeves County, Texas |
| | § | (TC# 13-12-20542 P3137) |
| | § | |
| Appellees. | § | |

## **O R D E R**

Pending before the Court is a joint motion to abate the appeal. The motion is GRANTED, and the appeal is abated until July 1, 2019 to give the parties an opportunity to settle the dispute. The appellate timetable will be suspended during the abatement. The parties are directed to notify the Court whether the dispute has been resolved and to file the motion necessary to dispose of the appeal. *See* TEX.R.APP.P. 42.1(a)(1), (2). If the parties are unsuccessful in resolving the appeal by agreement, the appeal will be reinstated and the reporter's record will be due 10 days from the date of the reinstatement order.

IT IS SO ORDERED this 21st day of February, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.